```
                                                                    FILED
                                                               September 4, 2012
         UNITED STATES DISTRICT COURT FOR THE                CLERK, US DISTRICT COURT
                                                              EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA                      CALIFORNIA
                                                                  DEPUTY CLERK
```

UNITED STATES OF AMERICA,      )
                               )   Case No. 2:12MJ00219-GGH
        Plaintiff,             )
v.                             )   ORDER FOR RELEASE OF
                               )   PERSON IN CUSTODY
ALLAN JAMES JOHNSTON,          )
                               )
        Defendant.             )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Allan James Johnston</u>, Case No. <u>2:12mj00219-GGH</u>, Charge <u>18USC § 1028(a)(7)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_   Release on Personal Recognizance

   \_   Bail Posted in the Sum of $_____

         \_   Unsecured Appearance Bond

         \_   Appearance Bond with 10% Deposit

         \_   Appearance Bond with Surety

         \_   Corporate Surety Bail Bond

         \_   (Other)     <u>Pretrial conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>September 4, 2012</u> at <u>2:00 pm</u>.

                            By  /s/Gregory G. Hollows
                                Gregory G. Hollows
                                United States Magistrate Judge

Court's Copy