```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ALLAN JAMES JOHNSTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. Mag. 12-0219-GGH |
|---|---|
| Plaintiff, | ) STIPULATION TO EXTEND DATE FOR |
| | ) PRELIMINARY HEARING; ORDER |
| v. | ) EXTENDING TIME |
| | ) |
| | ) DATE: November 13, 2012 |
| | ) TIME: 2:00 p.m. |
| ALLAN JAMES JOHNSTON, | ) JUDGE: Dale A. Drozd |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW SEGAL Assistant United States Attorney, attorney for Plaintiff, and BENJAMIN D. GALLOWAY, Assistant Federal Defender, attorney for Defendant, that the preliminary hearing presently set for October 5, 2012 shall be vacated and a new date for preliminary hearing shall be November 13, 2012, at 2:00 p.m..

The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d), that this court should make a finding of good cause for the extension and that in fact good cause is hereby shown. Defense counsel and the government have not had sufficient time to (1) finalize necessary preparation for indictment, and (2) prepare for the preliminary hearing, and (3) finalize negotiations with the defendant

and defense counsel about potential settlement of the case. The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate that the interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b),(h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

Both parties request the date of November 13, 2012, for the preliminary hearing in this case. The request for extending the date for preliminary hearing is at the specific request of the defendant and with the knowing and voluntary waiver of his Speedy Preliminary Hearing rights under the law. Good cause is thereby shown.

AGREED:

DANIEL J. BRODERICK,
Federal Defender

DATED: September 24, 2012

By /s/ B. Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for Defendant


BENJAMIN WAGNER
United States Attorney

DATED: September 24, 2012

By /s/ B. Galloway for
MATTHEW SEGAL
Assistant U.S. Attorney
Attorney for Plaintiff

O R D E R

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The date for preliminary hearing in this matter is hereby re-set for November 13, 2012, at 2:00 p.m.

DATED: September 24, 2012

/s/ Carolyn K. Delaney
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge

3