1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

   Attorney for Defendant
6  ALLAN JAMES JOHNSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. MAG-12-0219-GGH |
|---|---|
| Plaintiff, | ) STIPULATION TO EXTEND DATE FOR |
|  | ) PRELIMINARY HEARING; ORDER |
| v. | ) EXTENDING TIME |
|  | ) |
| ALLAN JAMES JOHNSTON, | ) |
|  | ) DATE: December 14, 2012 |
| Defendant. | ) TIME: 2:00 p.m. |
|  | ) JUDGE: Hon. Gregory G. Hollows |
| _____ | ) |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, and BENJAMIN D. GALLOWAY, Assistant Federal Defender, attorney for Defendant, that the preliminary hearing presently set for November 13, 2012 shall be vacated and a new date for preliminary hearing shall be December 14, 2012 at 2:00 p.m.

   The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d), that this court should make a finding of good cause for the extension and that in fact good cause is hereby shown.  Defense counsel and the government have not had sufficient time to (1) finalize necessary preparation for indictment, and (2) prepare for the

preliminary hearing, and (3) finalize negotiations with the defendant and defense counsel about potential settlement of the case.

The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate that the interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b),(h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

Both parties request the date of December 14, 2012 for the preliminary hearing in this case. The request for extending the date for preliminary hearing is at the specific request of the defendant and with the knowing and voluntary waiver of his Speedy Preliminary Hearing rights under the law. Good cause is thereby shown.

AGREED:

DATED: October 31, 2012         DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant


DATED: October 31, 2012         BENJAMIN WAGNER
                                United States Attorney


                                /s/ Benjamin Galloway for
                                MATTHEW SEGAL
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The date for preliminary hearing in this matter is hereby re-set for December 14, 2012 at 2:00 p.m., before Magistrate Judge Gregory G. Hollows.

DATED: November 1, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
johnston0219.stipord.contpx.wpd